AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RUDOLF A. JOHNSON | ) | Case No.  5:23MJ1093-AMK |
| | ) | |
| *Defendant(s)* | ) | |

**FILED**
1:36 pm Apr 12 2023
Clerk U.S. District Court
Northern District of Ohio
Akron

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  February 21, 2023-April 12th, 2023  in the county of  Summit  in the
Northern  District of  Ohio  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Receipt and Distribution of visual depictions of minors engaged in sexually explicit conduct |
| 18 U.S.C. 18 U.S.C. § 2252A | Certain activities related to material constituting or containing child pornography |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT, which is incorporated herein by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Peter J. Mauro, Special Agent
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 4.1

Date:  04/12/2023

*Judge's signature*

City and state:  Akron, Ohio     Amanda M. Knapp, U.S. Magistrate Judge
*Printed name and title*